## BITTNER v JONES, et

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Dec 8, 1930

For full opinion see 34 O L R 119; 37 Oh Ap 190 (Oh Bar 2-17-31).